IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ASHLEY RACQUEL HYMAN, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | No. 3:25-CV-1300-X-BN |
| | § | |
| CITY OF IRVING HOUSING AND REDEVELOPMENT, et al., | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 24). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** and **ADOPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. By separate judgment, Ashley Racquel Hyman's case will be **DISMISSED AS MOOT**.

**SO ORDERED** this 18th day of September 2026.

BRANTLEY STARR
UNITED STATES DISTRICT JUDGE